UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97CV475

| | | |
|---|---|---|
| W.R. BONSAL CO., INC., | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TWIN CITY FIRE, et al, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby continued from the December 5, 2005 term to the **March 6, 2006** term of court.

**IT IS SO ORDERED.**

**Signed: October 25, 2005**

Graham C. Mullen
Chief United States District Judge