UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| W. R. BONSAL COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:97-CV-475-MU |
| ) | |
| TWIN CITY FIRE INSURANCE CO., ) | |
| HOME INDEMNITY COMPANY, ) | |
| WAUSAU UNDERWRITERS INSURANCE ) | |
| COMPANY and FEDERAL INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendants. ) | |

## ORDER STAYING ACTION

This matter is before the Court upon the parties' Joint Motion seeking to stay further proceedings in this action pending the finalization and execution of a settlement agreement between Plaintiff, W.R. Bonsal Company, Inc. ("Bonsal") and Defendant Twin City Fire Insurance Company ("Twin City"), which settlement agreement will resolve all issues in this action. The parties' Joint Motion is supported by good cause shown and therefore should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Stay is hereby granted and all further proceedings in this action are hereby stayed pending the finalization and execution of the settlement agreement between Bonsal and Twin City. The parties are directed to advise the Court when the settlement agreement is finalized and executed.

This 6 day of ~~December, 2005~~ Jan 2006.

          */s/ Graham C. Mullen*
          Graham C. Mullen
          Chief United States District Judge