\\\DC-002376/000303-2372425v2
US2000 9533264.1

US2000 9533264.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| W. R. BONSAL CO., INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.3:97-CV-475 |
| TWIN CITY FIRE INSURANCE CO., HOME INDEMNITY CO., WAUSAU UNDERWRITERS INSURANCE CO., and FEDERAL INSURANCE CO., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of plaintiff W.R. Bonsal Company, Inc.'s Motion for Dismissal of Defendant Twin City Fire Insurance Company, with Prejudice, and the entire record herein, it is this 19th day of October, 2006, hereby

**ORDERED** that the Motion for Dismissal of Defendant Twin City Fire Insurance Company, with Prejudice, is **GRANTED**; it is further

**ORDERED** that any and all of the claims made by plaintiff W.R. Bonsal Company, Inc. against defendant Twin City Fire Insurance Company are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

**SO ORDERED**.

Signed: October 20, 2006

Graham C. Mullen
United States District Judge