IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97CV475

| | | |
|---|---|---|
| W. R. BONSAL CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| HOME INDEMNITY CO., | ) | |
| WAUSAU UNDERWRITERS INSURANCE | ) | |
| CO., and FEDERAL INSURANCE CO., | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. It appears to the court that there are three Defendants remaining in this case. The parties are hereby directed to file a report to the court within 10 days from the date of this order as to the status of this case.

**IT IS SO ORDERED.**

Signed: March 28, 2007

Graham C. Mullen
United States District Judge