IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97CV475

| | |
|---|---|
| W.R. BONSAL COMPANY, INC., )<br>　　　　　　　Plaintiff, )<br>　v. )<br> )<br>HOME INDEMNITY COMPANY, )<br>WAUSAU UNDERWRITERS INSURANCE )<br>COMPANY and FEDERAL INSURANCE )<br>COMPANY, )<br>　　　　　　　Defendants. )<br> ) | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Plaintiff W.R. Bonsal Company, Inc. to allow **Julie A. Lierly** to appear *Pro Hac Vice*, dated April 25, 2007 [doc. # 132].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Lierly has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　Signed: April 27, 2007

　　　　　　　　　　　　　　　　　　*Graham C. Mullen*
　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　United States District Judge