IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97CV475

| | | |
|---|---|---|
| W.R. BONSAL COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HOME INDEMNITY COMPANY, | ) | |
| AND FEDERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court upon its own motion. The court has received the Status Report filed by the parties on December 14, 2009. However, the court feels that a status conference may be beneficial. Accordingly, the court orders a status conference set for Tuesday, January 19, 2010 at 2:00 p.m. in chambers. Should the parties elect to appear via telephone, they should contact chambers at (704) 350-7450 to make arrangements.

    IT IS SO ORDERED.

Signed: January 7, 2010

Graham C. Mullen
United States District Judge