IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97-cv-475-GCM

| W.R. BONSAL COMPANY, INC., | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| HOME INDEMNITY COMPANY, AND FEDERAL INSURANCE COMPANY, | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. All parties have stipulated to dismissal. The status conference set for Tuesday, January 19, 2010 is therefore canceled.

IT IS SO ORDERED.

Signed: January 15, 2010

Graham C. Mullen
United States District Judge